**E-FILED**
Monday, 28 October, 2013  07:58:20 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,    )
       )
       Plaintiffs,     )
       )
v.       )
       )    **Case No. 11-cv-04092-SLD-JAG**
       )
3D DESIGNERS INSPIRATIONS, NADEEM    )
MAZHAR, individually and d/b/a 3D DESIGNERS )
INSPIRATIONS, and DOES 1 through 100,    )
       )
       Defendants.     )
       )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach") file this Motion for Entry of Default against Defendants 3D Designers Inspirations and Nadeem Mazhar, individually and d/b/a 3D Designers Inspirations (collectively, "Defendants"), and in support thereof, state the following:

1. Coach filed its Amended Complaint in this action on October 10, 2011, naming, amongst others, Defendants. (Dkt. No. 1.) Defendants answered the Amended Complaint on December 22, 2011. (Dkt No. 13.) Thereafter, the parties worked to attempt to resolve the action amicably.

2. Defendants failed to honor the parties' settlement agreement and, accordingly, Coach moved to reinstate the action. (Dkt. No. 29.) Since the action was reinstated on March 7, 2013, Defendants have failed to defend this action. Therefore, despite the fact that Defendants have answered the Amended Complaint, Coach is entitled to entry of default pursuant to FED. R. CIV. P. 55(a) (default should be entered against any party who "has failed to plead or otherwise

defend. . . ..").

## Defendants Have Not Retained Counsel, Despite Being Given Ample Time To Do So

3.   On March 6, 2013, Defendants' former counsel moved to withdraw as counsel for Defendants, and the Court granted their motion to withdraw, and granted Defendants 30 days to retain new counsel. On April 8, 2013, Mr. Mazhar appeared before the Court and requested additional time to retain counsel.

4.   To date, Mr. Mazhar has not retained an attorney to represent him in this matter. Nor is he taking actions to actively defend himself *pro se*, as indicated by his disregard for the legal process.

## Defendants Have Failed To Appear Before This Court

5.   On May 8, 2013, the Court held a Rule 16 Scheduling Conference. (Dkt. No. 37.) Mr. Mazhar did not appear, and the Court could not reach him via telephone. Plaintiffs' counsel has been unable to successfully contact Mr. Mazhar since May 2013.

## Defendants Have Repeatedly Disregarded The Federal Rules Of Civil Procedure And This Court's Orders With Respect To Discovery

6.   Defendants have continually impeded Coach's attempts to pursue formal discovery in this matter. Coach has twice had to file Motions to Compel. (Dkt. Nos. 18, 22.) Coach's Second Motion to Compel was granted on October 12, 2012, and the facts stated in the Requests for Admission deemed admitted. (Dkt. No. 24.)

7.   On May 8, 2013, the Court ordered Mr. Mazhar to respond to Plaintiffs' written discovery requests by May 17, 2013. (Dkt. No. 37.) Mr. Mazhar never responded to Plaintiffs' written discovery requests.

8.   Because Defendants have failed to obtain representation, have failed to appear before the Court at scheduled hearings, and have continually disregarded discovery deadlines set

239581

2

by the Court and Federal Rules, the Court should enter default with respect to Defendants 3D Designers Inspirations and Nadeem Mazhar, individually and d/b/a 3D Designers Inspirations *See* FED. R. CIV. P. 55(a).

9.      Coach intends to file a subsequent motion presenting its damages to the Court and seeking entry of default judgment.

WHEREFORE, Plaintiffs Coach, Inc. and Coach Services, Inc. respectfully request that the Court direct the clerk to enter default with respect to Defendant 3D Designers Inspirations and Nadeem Mazhar, individually and d/b/a 3D Designers Inspirations, and for such additional and further relief as the Court deems just and proper.

Dated: October 21, 2013

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ Donald A. Cole
S. Patrick McKey, #6201588
Donald A. Cole, #6299318
Amy E. Breihan, #6303879
Mariangela M. Seale, #6293433
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050
*Attorneys for Coach, Inc.*
   *and Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was on this 21st day of October, 2013, served via U.S. mail, first-class, upon the following:

3D Designers Inspirations
Attn: Nadeem Mazhar
4500-16th Street, Apt. 3501
Moline, IL 61265

/s/ Donald A. Cole
Donald A. Cole